Russell A. Robinson, 163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco CA 94102
TEL:    415.255.0462
FAX:    415.431.4526
rarcases@yahoo.com
rlaw345@gmail.com

Counsel for Plaintiff
CHARLET INTHAVONXAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLET INTHAVONXAY,<br><br>       Plaintiff,<br><br>  vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>       Defendants. | Case No. C-13-2249-WBS-DAD<br><br>**ORDER RE: CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE** |

Good cause appearing, it is hereby ordered as follows:

The initial case management conference herein is continued to May 12, 2014, at 2:00 p.m., in Courtroom 5.

A Joint Status Report is due on or before April 27, 2014.

**IT IS SO ORDERED.**

Dated:  February 10, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE