Russell A. Robinson, 163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco CA 94102
TEL:   415.255.0462
FAX:   415.255.0461
rarcases@yahoo.com
rlaw345@gmail.com

Counsel for Plaintiff
CHARLET INTHAVONXAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLET INTHAVONXAY,<br><br>   Plaintiff,<br><br> vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>   Defendants. | Case No. C-13-2249-WBS-DAD<br><br>[**PROPOSED**] ORDER RE: CONTINUATION OF INITIAL SCHEDULING CONFERENCE |

  Good cause appearing, it is hereby ordered as follows:

  The initial scheduling conference herein is continued to **October 14, 2014, at 2:00 p.m., in Courtroom 5.**

  A Joint Status Report is due on or before **September 30, 2014**.

  **IT IS SO ORDERED.**

Dated:  August 12, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE