Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco, CA  94102
TEL:   (415) 255-0462
FAX:   (415) 431-4526
rlaw345@gmail.com

Counsel for Plaintiff
**CHARLET INTHAVONGXAY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLET INTHAVONGXAY,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, ET AL.,<br><br>    Defendants. | Case No. 2:13-cv-02249-WBS-DAD<br><br>**ORDER GRANTING RULE 60 REQUEST TO CORRECT DISMISSAL TO REFLECT THAT FIRST CAUSE OF ACTION AGAINST COUNTY OF SACRAMENTO WAS NOT DISMISSED AND RESTORING THIS ACTION TO THE CIVIL ACTIVE LIST**<br><br>[Federal Rules of Civil Procedure, Rules 41(a) and 60(a)]<br><br>Trial Date:         None Set<br>[Jury Trial Demanded] |

On October 7, 2014, Plaintiff CHARLET INTHAVONGXAY caused to be dismissed without prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a), Defendant KATHERINE NICKERSON; the Second and Third Causes of Action; and, Paragraphs 21 and 22 of her Complaint (conspiracy).  [Docket Number (DN) 14]

Thereafter, the entire matter was dismissed without prejudice.

Plaintiff immediately filed a Rule 60(a) application, for a correction to the Court's system, which Rule permits the Court to "correct a clerical mistake or a mistake arising from oversight or

**ORDER RE: RULE 60 REQUEST TO CORRECT DISMISSAL
TO REFLECT THAT FIRST CAUSE OF ACTION AGAINST
COUNTY OF SACRAMENTO WAS NOT DISMISSED**
CASE NO.  C-13-2249-WBS-DAD

1

P012

omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. . . ."

Good cause appearing, it is hereby ordered as follows:

The dismissal without prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a), only Defendant KATHERINE NICKERSON; the Second and Third Causes of Action; and, Paragraphs 21 and 22 of her Complaint (conspiracy), is **GRANTED**.

The Application to restore this case to the Civil Active list (and to re-open this matter) is **GRANTED.** The First cause of Action (Title VII) alleged against the County of Sacramento shall proceed and said cause of action and said defendant not be dismissed.

**IT IS SO ORDERED.**

**Dated:  October 8, 2014**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ORDER RE: RULE 60 REQUEST TO CORRECT DISMISSAL
TO REFLECT THAT FIRST CAUSE OF ACTION AGAINST
COUNTY OF SACRAMENTO WAS NOT DISMISSED**
CASE NO.  C-13-2249-WBS-DAD

2

P012