Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco, CA  94102
TEL:   (415) 255-0462
FAX:   (415) 431-4526
rlaw345@gmail.com

Counsel for Plaintiff
**CHARLET INTHAVONGXAY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLET INTHAVONGXAY,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, ET AL.,<br><br>            Defendants. | Case No. 2:13-cv-02249-WBS-DAD<br>**ORDER SETTING INITIAL SCHEDULING CONFERENCE**<br><br><br><br>Trial Date:            None Set<br>[Jury Trial Demanded] |

On Application of Plaintiff **CHARLET INTHAVONGXAY**, the Initial Scheduling Conference herein shall take place on November 24, 2014, at 2:00 p.m., in Courtroom 5.

The parties' Joint Statement shall be filed no later than November 10, 2014.

Counsel for the parties shall conduct their Rule 26 Discovery Conference the week of October 13, 2014.

**IT IS SO ORDERED.**

**Dated:  October 8, 2014**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE