UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLET INTHAVONGXAY, | No. 2:13-cv-2249 WBS DAD |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

On March 20, 2015, this matter came before the undersigned for hearing of defendant's motion to compel. Attorney Russell Robinson appeared telephonically on behalf of the plaintiff and attorney Ariana Van Alstine appeared on behalf of the defendant.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to compel (Dkt. No. 26) is granted; and

2. Plaintiff shall provide the disclosures to defendant by close of business Monday March 23, 2015. Plaintiff is cautioned that the failure to comply with this order will result in the imposition of sanctions.

Dated: March 21, 2015

DAD:6

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1   Ddad1\orders.civil\inthavongxay2249.oah.032015.docx