**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
David P.E. Burkett, SBN 241896
Ariana A. Van Alstine, SBN 296624
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF SACRAMENTO

*Exempt From Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLET INTHAVONGXAY, | No. 2:13-cv-02249-WBS-DAD |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE AND REBUTTAL DEADLINE** |
| v. | |
| COUNTY OF SACRAMENTO ET AL., | |
| Defendants | |
| _____/ | |

This Stipulation is entered into by and between Plaintiff CHARLET INTHAVONGXAY and Defendant COUNTY OF SACRAMENTO. The Parties have conferred and agree to continue the expert disclosure date for 61 days, from June 26, 2015 to August 26, 2015, and the rebuttal reports 60 days, from July 24, 2015 to September 22, 2015.

The parties have good cause to request an extension for the expert disclosure deadline because the discovery process was delayed by the late completion of Rule 26(a)(1) Disclosures. Defendant provided Rule 26(a)(1) disclosures on December 8, 2014. However, Plaintiff's Rule 26(a)(1) Disclosures were not provided until March 23, 2015. After receiving Plaintiff's Rule 26(a)(1) Disclosures, Defendant propounded discovery and anticipates responses within the next week. In addition, the parties are planning the deposition of Katherine Nickerson at Plaintiff's

request, and the deposition of Plaintiff, Charlet Inthavongxay at Defendant's request.

The Parties wish to postpone the expert disclosures until they have had a chance to receive discovery responses and take depositions.   The Parties stipulate to extend the expert disclosure date to August 26, 2015. Accordingly, the time for the rebuttal reports will need to be extended as well. The parties agree to September 22, 2015 as the date for the rebuttal reports. This will still allow for Discovery to be completed by the present November 6, 2015 deadline and need not disrupt the remaining trial schedule. The amended schedule also comports with the Federal Requirement that disclosures be made 90 days before trial. Fed. R. Civ. P. 26(a)(2)(D).

Respectfully submitted,

Dated:  June 19, 2015                          RUSSELL A. ROBINSON


By  /s/ *Russell A. Robinson* (authorized on 6/19/15)
            Russell A. Robinson
            Attorney for Plaintiff
            CHARLET INTHAVONGXAY


Dated:  June 22, 2015                          PORTER SCOTT
                                               A PROFESSIONAL CORPORATION


By  /s/ *Ariana A. Van Alstine*
            David P.E. Burkett
            Ariana A. Van Alstine
            Attorneys for Defendant
            COUNTY OF SACRAMENTO

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL. 916.929.1481
FAX: 916.927.3706

1

### ORDER

2        Pursuant to the parties' stipulation, IT IS SO ORDERED.

3   Dated:  June 22, 2015

4

5        _Dale A. Drozd_

6        DALE A. DROZD
         UNITED STATES MAGISTRATE JUDGE

7   Ddad1\orders.civil
    inthavongxay2249.stip.eot.ord.docx

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{01422225.DOCX}                              3