1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLET INTHAVONGXAY,                    No.  2:13-cv-2249 WBS DAD

12              Plaintiff,

13        v.                                  ORDER

14   COUNTY OF SACRAMENTO,

15              Defendant.

16

17        On August 21, 2015, this matter came before the undersigned for hearing of defendant's

18   motion to compel and award sanctions.  Attorney Ariana Van Alstine appeared on behalf of the

19   defendant.  No appearance was made by counsel on behalf of the plaintiff.[1]

20        Upon consideration of the arguments on file and at the hearing, and for the reasons set

21   forth on the record at the hearing, IT IS HEREBY ORDERED that:

22        1.  Defendant's motion to compel and for the award of sanctions (Dkt. No. 31) is granted;

23        2.  Plaintiff shall produce responses to the discovery at issue within ten days of the date of

24   this order;

25        3.  Plaintiff's counsel shall pay sanctions to defendant in connection with the bringing of

26   the motion in the amount of $1,776 within twenty-one days of the date of this order; and

27   _____

     [1] Plaintiff's counsel did not file an opposition or statement of non-opposition to defendant's
28   motion.

                                              1

1          4.  Plaintiff's counsel, Russell Alan Robinson, is **ORDERED TO SHOW CAUSE** within ten

2    days of the date of this order in a writing addressing whether he intends to continue to represent

3    plaintiff in this action, intends to actively prosecute this action and explaining his previous

4    failures to respond to discovery requests, engage in the meet and confer process, file briefs in

5    response to defendant's motions to compel and attend the August 21, 2015 hearing.

6     Dated:  August 21, 2015

7

8                                                   _____
                                                   DALE A. DROZD
9                                                   UNITED STATES MAGISTRATE JUDGE

10

11   DAD:6
     Ddad1\orders.civil\inthavongxay2249.oah.082115.docx
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28