**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David P.E. Burkett, SBN 241896
Ariana A. Van Alstine, SBN 296624
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendant, COUNTY OF SACRAMENTO
*Exempt From Filing Fees Pursuant to Government Code § 6103*

Russell A. Robinson, SBN 163937
**LAW OFFICE OF RUSSELL A. ROBINSON**
345 Grove Street, Level One
San Francisco, CA 94102
TEL: 415.255.0462
FAX: 415.431.4526
Attorney for Plaintiff, CHARLET INTHAVONGXAY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLET INTHAVONGXAY, | CASE NO.: 2:13-cv-02249-WBS-DAD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND MODIFY THE SCHEDULING ORDER** |
| v. | |
| COUNTY OF SACRAMENTO ET AL., | |
| Defendants. | Complaint Filed: October 28, 2013 |
| | Trial Date: May 24, 2016 |

This Stipulation is entered into by and between Plaintiff CHARLET INTHAVONGXAY and Defendant COUNTY OF SACRAMENTO ("The Parties"). The Parties enter into the stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of the current scheduling order. The Parties have conferred and agree to request to continue the trial date from May 24, 2016 to October 24, 2016, and request that the scheduling order be adjusted accordingly.

As required by Federal Rule of Civil Procedure 16(b), the Parties have good cause to request a trial continuance. This Stipulation is entered into by and between Plaintiff CHARLET INTHAVONGXAY and Defendant COUNTY OF SACRAMENTO. The Parties have conferred

{01455443.DOCX}  1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND MODIFY THE SCHEDULING ORDER**

and agree to extend all dates in this case, and to continue the trial as follows:

The Parties stipulate and propose a new trial date of October 24, 2016. The remaining dates on the current schedule will likewise need to be amended. The Parties agree and propose the following scheduling amendments based on the proposed new trial date:

| | |
|---|---|
| Expert Disclosures: | January 12, 2016 |
| Supplemental Expert Disclosures: | February 12, 2016 |
| Last day to complete discovery: | June 1, 2016 |
| Last day to notice Motions to Compel: | June 1, 2016 |

Last day for all motions except motions for continuances, temporary restraining orders, or other emergency applications to be filed and heard: July 8, 2016

| | |
|---|---|
| Separate Statements: | August 9, 2016 |
| Joint Pre-Trial Statement: | August 16, 2016 |
| Pre-Trial Conference Date: | **August 29, 2016 at 2:00 p.m.** |
| Trial Date: | **October 25, 2016 at 9:00 a.m.** |

The parties have good cause to request an extension. The discovery process has been delayed by Plaintiff and Plaintiff's counsel. The deposition of Katherine Nickerson at Plaintiff's request proceeded as scheduled in Sacramento, but the defense has twice requested to continue Plaintiff CHARLET INTHAVONGXAY's deposition because of untimely discovery responses which were the subject of a motion to compel which Plaintiff did not oppose.

The amended schedule also comports with the Federal Requirement that disclosures be made 90 days before trial. Fed. R. Civ. P. 26(a)(2)(D).

/ / /

/ / /

{01455443.DOCX}  2
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND MODIFY THE SCHEDULING ORDER**

Dated: September 4, 2015                    PORTER SCOTT
                                            A PROFESSIONAL CORPORATION


                                            By <u>*/s/ Ariana A. Van Alstine*</u>
                                                David P.E. Burkett
                                                Ariana A. Van Alstine
                                                Attorneys for Defendant
                                                COUNTY OF SACRAMENTO


Dated: September 4, 2015                    LAW OFFICE OF RUSSELL A. ROBINSON


                                            By <u>*/s/ Russell A. Robinson*</u> (Approved 9/4/15)
                                                Russell A. Robinson
                                                Attorneys for Plaintiff


Dated:  September 4, 2015

                                            _____
                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE

{01455443.DOCX}                                 3
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND MODIFY THE SCHEDULING ORDER**