1    **PORTER | SCOTT**

2    A PROFESSIONAL CORPORATION
     David P.E. Burkett, SBN 241896

3    Ariana A. Van Alstine, SBN 296624
     350 University Avenue, Suite 200

4    Sacramento, California 95825
     TEL: 916.929.1481

5    FAX: 916.927.3706

6    Attorneys for Defendant

7    COUNTY OF SACRAMENTO

8    *Exempt From Filing Fees Pursuant to Government Code § 6103*

9                          UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF CALIFORNIA
10

11

12   CHARLET INTHAVONGXAY,                   No. 2:13-cv-02249-WBS-KJN (TEMP)

13            Plaintiff,                     **STIPULATION    AND    ORDER    TO
                                             EXTEND  EXPERT  DISCLOSURE  AND**
14   v.                                      **REBUTTAL DEADLINE**

15   COUNTY OF SACRAMENTO ET AL.,

16            Defendants

17   _____/

18        This Stipulation is entered into by and between Plaintiff CHARLET INTHAVONGXAY

19   and Defendant COUNTY OF SACRAMENTO, through counsel of record. The Parties have

20   conferred and agree to continue the expert disclosure date for 31 days, from January 12, 2016 to

21   February 12, 2016, and the rebuttal disclosure 31 days, from February 12, 2016 to March 14, 2016.

22        The parties have good cause to request an extension for the expert disclosure deadline

23   because of the necessity to reschedule Plaintiff's deposition several times. Plaintiff's deposition was

24   taken and completed on December 28, 2015. The parties anticipate that their experts will rely on

25   Plaintiff's testimony.

26        The parties stipulate to extend the expert disclosure date for 31 days to February 12, 2016.

27   Accordingly, the time for the rebuttal reports will need to be extended as well. The parties agree to

28   March 14, 2016 as the date for the rebuttal reports. The amended schedule also comports with the

{01478955.DOCX}                                  1
**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

1  Federal Requirement that disclosures be made 90 days before trial. Fed. R. Civ. P. 26(a)(2)(D).

2  Trial is presently scheduled to commence on October 25, 2016.

3

4                                               Respectfully submitted,

5  Dated: December 30, 2015          RUSSELL A. ROBINSON

6

7                                               By /s/ *Russell A. Robinson* (authorized on 12/30/15)
                                                      Russell A. Robinson

8                                                     Attorney for Plaintiff
                                                      CHARLET INTHAVONGXAY

9

10

11  Dated:  January 5, 2016           PORTER SCOTT
                                                  A PROFESSIONAL CORPORATION

12

13                                              By  /s/ *Ariana A. Van Alstine*_____

14                                                    David P.E. Burkett
                                                      Ariana A. Van Alstine

15                                                    Attorneys for Defendant
                                                      COUNTY OF SACRAMENTO

16

17

18                              **ORDER**

19        Pursuant to the parties' stipulation, IT IS SO ORDERED.

20  Dated:  January 5, 2016

21

22                                              KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27  /inthavongxay2249.stip.eot.disc.ord.docx

28

{01478955.DOCX}                                    2
**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE**