**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David P.E. Burkett, SBN 241896
Ariana A. Van Alstine, SBN 296624
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF SACRAMENTO
*Exempt From Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLET INTHAVONGXAY, | No. 2:13-cv-02249-WBS-KJN (TEMP) |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE AND REBUTTAL DEADLINE** |
| v. | |
| COUNTY OF SACRAMENTO ET AL., | |
| Defendants | |

    This Stipulation is entered into by and between Plaintiff CHARLET INTHAVONGXAY and Defendant COUNTY OF SACRAMENTO. The Parties have conferred and agree to continue the expert disclosure date for 10 days, from February 12, 2015 to February 22, 2016 and the rebuttal reports 10 days, from March 14, 2016 to March 24, 2016.

    The parties have good cause to request an extension for the expert disclosure deadline because the discovery process was delayed due to postponing Plaintiff's Independent Medical Evaluation. The Independent Medical Evaluation was originally schedule for January 22, 2016. However, due to Plaintiff's unavailability, the Independent Medical Evaluation was rescheduled for February 7, 2016. Dr. George Woods conducted the Independent Medical Evaluation and requires additional time to review and complete a report on the evaluation.

/////

The Parties wish to postpone the expert disclosures briefly to allow time to process the Independent Medical Evaluation. The Parties stipulate to extend the expert disclosure date to February 22, 2016. Accordingly, the time for the rebuttal reports will need to be extended as well. The parties agree to March 24, 2016 as the date for the rebuttal reports. The amended schedule comports with the Federal Requirement that disclosures be made 90 days before trial. Fed. R. Civ. P. 26(a)(2)(D). Trial is presently scheduled for October 25, 2016.

Respectfully submitted,

Dated: February 9, 2016         RUSSELL A. ROBINSON


By /s/ *Russell A. Robinson* (authorized on 2/9/16)
    Russell A. Robinson
    Attorney for Plaintiff
    CHARLET INTHAVONGXAY


Dated: February 11, 2016        PORTER SCOTT
                                A PROFESSIONAL CORPORATION


By /s/ *Ariana A. Van Alstine*_____
    David P.E. Burkett
    Ariana A. Van Alstine
    Attorneys for Defendant
    COUNTY OF SACRAMENTO

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

2

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  February 11, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

inthavongxay2249.stip.eot2.disc.ord