**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David P.E. Burkett, SBN 241896
Ariana A. Van Alstine, SBN 296624
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF SACRAMENTO

*Exempt From Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLET INTHAVONGXAY, | CASE NO.: 2:13-cv-02249-WBS-KJN (TEMP) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE AND HEAR ALL MOTIONS** |
| v. | |
| COUNTY OF SACRAMENTO ET AL., | |
| Defendants | Complaint Filed:  October 28, 2013 |

This Stipulation is entered into by and between Plaintiff CHARLET INTHAVONGXAY and Defendant COUNTY OF SACRAMENTO, through counsel of record. The Parties have conferred and agree to continue the deadline hear all dispositive motions from July 8, 2016 to July 25, 2016.

Defendant has good cause to request an extension because David Burkett, Counsel for Defendant recently concluded a trial that lasted a month longer than anticipated, and is preparing for another trial in two weeks. Likewise, counsel for Defendants were only recently able to take the Deposition of one of Plaintiff's Doctors, and anticipates using his testimony in a motion for summary judgment. Finally, counsel for both parties are in the process of meeting and conferring to determine whether Plaintiff's claim can be narrowed.

Defendant wishes to postpone briefly the last day to hear Motions to July 25, 2016 to allow

{01553549.DOCX} 1
**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE AND HEAR ALL MOTIONS**

the parties to confer, and Defendants to utilize all resources in preparing the Motion for Summary Judgment. Plaintiff hereby stipulates to Defendant's request.

                                            Respectfully submitted,

Dated: May 20, 2016                      RUSSELL A. ROBINSON

By /s/ *Russell A. Robinson* (authorized on 5/20/16)
    Russell A. Robinson
    Attorney for Plaintiff
    CHARLET INTHAVONGXAY

Dated:  May 23, 2016                 PORTER SCOTT
                                         A PROFESSIONAL CORPORATION

By /s/ *Ariana A. Van Alstine*_____
    David P.E. Burkett
    Ariana A. Van Alstine
    Attorneys for Defendant
    COUNTY OF SACRAMENTO

{01553549.DOCX}                          2

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE AND HEAR ALL MOTIONS**

Based upon the Stipulation of the parties, and good cause shown, the date to file and hear all motions is continued to **July 25, 2016 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated:  May 23, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA   95825
TEL: 916.929.1481
FAX: 916.927.3706

{01553549.DOCX}   3

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE AND HEAR ALL MOTIONS**