1  **PORTER | SCOTT**
2  A PROFESSIONAL CORPORATION
   David P.E. Burkett, SBN 241896
3  Ariana A. Van Alstine, SBN 296624
   350 University Avenue, Suite 200
4  Sacramento, California 95825
   TEL: 916.929.1481
5  FAX: 916.927.3706

6  Attorneys for Defendant
7  COUNTY OF SACRAMENTO

8  *Exempt From Filing Fees Pursuant to Government Code § 6103*

9             UNITED STATES DISTRICT COURT
10            EASTERN DISTRICT OF CALIFORNIA

11 
12 CHARLET INTHAVONGXAY,                CASE NO.: 2:13-cv-02249-WBS-KJN (TEMP)
13        Plaintiff,                    **JOINT STIPULATION AND [PROPOSED]
                                         ORDER TO CONTINUE TRIAL AND
14 v.                                    MODIFY THE SCHEDULING ORDER**

15 COUNTY OF SACRAMENTO ET AL.,
16        Defendants
17 _____/    Complaint Filed:  October 28, 2013

18     This Stipulation is entered into by and between Plaintiff CHARLET INTHAVONGXAY and
19 Defendant COUNTY OF SACRAMENTO ("The Parties").  The Parties enter into the stipulation
20 and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the
21 requirements of the current scheduling order.  The Parties have conferred and agree to request to
22 continue the trial date from October 25, 2016 to January 3, 2017, and request that the scheduling
23 order be adjusted accordingly.
24     As required by Federal Rule of Civil Procedure 16(b), the Parties have good cause to request
25 a trial continuance. This Stipulation is entered into by and between Plaintiff CHARLET
26 INTHAVONGXAY and Defendant COUNTY OF SACRAMENTO.  The Parties have conferred
27 and agree to extend all dates in this case, and to continue the trial as follows:
28     The Parties stipulate and propose a new trial date of January 3, 2017.  The remaining dates

{01557913.DOCX}                           1
**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND MODIFY THE SCHEDULING ORDER**

on the current schedule will likewise need to be amended. The Parties agree and propose the following scheduling amendments based on the proposed new trial date:

| | |
|---|---|
| Last day to complete discovery: | August 3, 2016 |
| Last day to notice Motions to Compel: | August 3, 2016 |
| Last day for all motions except motions for continuances, temporary restraining orders, or other emergency applications to be filed and heard: | September 10, 2016 |
| Separate Statements: | October 11, 2016 |
| Joint Pre-Trial Statement: | October 18, 2016 |
| Pre-Trial Conference Date: | **November 14, 2016 at 2:00 p.m.** |
| Trial Date: | **January 3, 2017 at 9:00 a.m.** |

The parties have good cause to request an extension. Counsel for Defendants, David Burkett, is scheduled for trial on another matter on November 1, 2016. The trial schedules conflict. The parties request a brief continuance so that Counsel for Defendant may be afforded the opportunity to defend this matter. Likewise, Plaintiff's counsel is scheduled for trial in early December. Accordingly, the continuance is request to the January 3, 2017.

                                        Respectfully submitted,

Dated: June 2, 2016            RUSSELL A. ROBINSON

                                        By /s/ *Russell A. Robinson* (authorized on 6/2/16)
                                             Russell A. Robinson
                                             Attorney for Plaintiff
                                             CHARLET INTHAVONGXAY

Dated: June 2, 2016            PORTER SCOTT
                                        A PROFESSIONAL CORPORATION

                                        By /s/ *Ariana A. Van Alstine*_____
                                             David P.E. Burkett
                                             Ariana A. Van Alstine
                                             Attorneys for Defendant
                                             COUNTY OF SACRAMENTO

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

Based upon the Stipulation of the parties and good cause having been established, the scheduled dates are amended as follows:

| | |
|---|---|
| Last day to complete discovery: | August 3, 2016 |
| Last day to notice Motions to Compel: | August 3, 2016 |
| Last day for all motions except motions for continuances, temporary restraining orders, or other emergency applications **to be filed**: | **September 12, 2016** |
| Separate Statements: | October 11, 2016 |
| Joint Pre-Trial Statement: | October 18, 2016 |
| Pre-Trial Conference Date: | **November 21, 2016 at 1:30 p.m.** |
| Trial Date: | **January 4, 2017 at 9:00 a.m.** |

**IT IS SO ORDERED.**  Counsel are admonished as follows.  This case was set for trial to begin on October 24, 2016 **at the request of the very attorney who now says he has a conflict on that date.**  If that conflict existed at the time he submitted the request, counsel should not have made the request.  If the conflict arose when some other court later set a trial for the same time period, counsel had a duty to inform that court of the conflict.  If he did, this court would like to know which judge set the trial in that case, when it was set, and exactly what counsel informed that judge.  No further continuances will be granted without some explanation much more acceptable than the one tendered now.

Dated:  June 2, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{01557913.DOCX}  3
**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND MODIFY THE SCHEDULING ORDER**