UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLET INTHAVONGXAY, | No. 2:13-cv-2249 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

On September 2, 2016, this matter came before the undersigned for hearing of defendant's motion to compel and award sanctions. Attorney Ariana Van Alstine appeared on behalf of the defendant. No appearance was made by, or on behalf of, the plaintiff.[1]

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to compel and award sanctions (Dkt. No. 52) is granted;

2. Plaintiff shall produce responses to the discovery at issue within ten days of the date of this order; and

/////

/////

---

[1] Plaintiff did not file an opposition or statement of non-opposition to defendant's motion.

1

     3. Plaintiff's counsel shall pay sanctions to defendant in the amount of $2,164 within ten days of the date of this order.

Dated: September 2, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.civil\inthavongxay2249.oah.090216

2