**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant
COUNTY OF SACRAMENTO
*Exempt From Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLET INTHAVONGXAY, | CASE NO.: 2:13-cv-02249-WBS-DB |
| Plaintiff, | **STIPULATION OF DISMISSAL [STIPULATED PER FRCP 41(a)(1)(A)(ii)] and [~~PROPOSED~~] ORDER** |
| v. | |
| COUNTY OF SACRAMENTO ET AL., | |
| Defendants | |
| _____/ | Complaint Filed: October 28, 2013 |

The parties hereby stipulate to dismissal of this action with prejudice and with the parties to bear their own respective costs and attorney fees. This stipulation is pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) and is thereby effective upon filing.

**IT IS SO STIPULATED:**

Dated: October 26, 2016    PORTER SCOTT
                           A PROFESSIONAL CORPORATION


                           By */s/ David P.E. Burkett*
                           David P.E. Burkett
                           Attorney for Defendant, COUNTY OF SACRAMENTO

                           Russell A. Robinson

Dated: October 26, 2016    By */s/ Russell A. Robinson* (*as authorized on October 26, 2016*)
                           Russell A. Robinson
                           Attorney for Plaintiff, CHARLET INTHAVONGXAY

{01597855.DOCX}                          1
**STIPULATION OF DISMISSAL**
**[STIPULATED PER FRCP 41(a)(1)(A)(ii) and [PROPOSED] ORDER**

**IT IS SO ORDERED:**

Dated:  October 26, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE